CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

DEC 10 2021

JULIA C. DUDLEY, CLERK

BY

DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) |
| Budget Inn Express | ) |
| Room 247 | ) |
| 101 Gate City Highway, Bristol, VA | ) |

Case No. 1:21mj148

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Western_____ District of _____Virginia_____ *(identify the person or describe property to be searched and give its location):* Budget Inn Express, Room 247, 101 Gate City Hwy., Bristol, VA  - to include the hotel room, persons present inside the hotel room, and vehicles present in the parking lot of the hotel provided the keys to said vehicles are present in the hotel room. Attachment A consists of a photograph of Room 247.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*  See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § _846/841(a)(1)_ , and the application is based on these facts:  See Attachment C
and/or   841(a)(1)

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brian Snedeker, Special Agent
*Printed name and title*

*telephonically.*
Sworn to before me ~~and signed in my presence.~~

Date: 12/10/21

City and state:   Abingdon, Virginia

_____
*Judge's signature*

Pamela Meade Sargent, USMJ
*Printed name and title*

# ATTACHMENT A



Budget Inn Express
Room 247
101 Gate City Highway, Bristol, Virginia

ATTACHMENT B

1. Methamphetamine distribution paraphernalia including (but not limited to) scales, cutting material, plastic baggies, wrapping material; devices used to communicate with other drug traffickers/co-conspirators including cellular telephones; electronic equipment used for counter-surveillance to include video surveillance systems and related DVRs (digital video recorders), scanners, and anti-bugging devices.

2. Books, records, ledgers, notes, and videos pertaining to the illicit distribution, purchasing, and transporting of methamphetamine.

3. Messages, letters, telephone numbers, and addresses relating to customers, suppliers, and other co-conspirators involved with the illicit distribution, purchasing, and transporting of methamphetamine. These messages, letters, telephone numbers, and addresses may be written on personal calendars, personal address and /or telephone books, notebooks, loose pieces of paper, and found in mail.

4. Photographs and videos depicting methamphetamine, drug distribution paraphernalia, substantial assets, co-conspirators, and persons with methamphetamine,

5. Books, ledgers, receipts, bank statements, cashier's checks, and other items evidencing the acquisition, secreting, transferring and/or concealment of assets or the expenditure of narcotics proceeds.

6. Items or articles of personal property tending to show ownership, dominion, or control of the premises/property/vehicles. Such items or articles include (but are not limited to) personal identification, personal correspondence, diaries, checkbooks, notes, photographs, keys, receipts, mail, personal telephone and address books, videos, and motor vehicle related documents (titles/registrations).

7. Large amounts of currency (exceeding $1000.00) or readily transported assets which are used as cash equivalents (cashier's checks, prepaid money/credit cards, money orders, etc.)

8. Items listed in Paragraphs 2 through 6 may be stored in digital media. Therefore, digital media (including but not limited to computers/computer hard drives, digital video recorders (DVRs), floppy disks, CD's, flash/jump drives, personal digital assistants (PDA's), cellular telephones/smartphones, digital cameras, iPODs, iPADs, etc.) are to be seized and examined for the items listed in Paragraphs 2 through 6.

ATTACHMENT C

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this application and affidavit is to secure a search warrant for methamphetamine distribution/conspiracy related documentary evidence and equipment/supplies on the premises identified as the Budget Inn Express, Room 247, 101 Gate City Highway, Bristol, Virginia. This affiant, after obtaining and reviewing information, believes there is evidence of conspiracy to distribute methamphetamine and/or distribution of methamphetamine on the premises of the Budget Inn Express, Room 247, 101 Gate City Highway, Bristol, Virginia in violation of 21 USC 846/841(a)(1) and 841(a)(1).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (30) years. During my employment I have received comprehensive classroom training from the DEA in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I have participated in the investigations and subsequent arrests of hundreds of individuals involved with the trafficking of methamphetamine (a Schedule II controlled substance). I have also executed hundreds of search warrants related to the trafficking and manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my participation in the investigation of CARLISS EADY, my training and experience, information provided to me by other law enforcement officers, and information provided to me by an admitted methamphetamine trafficker. Any reference to the gender of any unnamed person within this affidavit does not necessarily reflect the true gender of said person.

5. During September 2021, an investigation into the methamphetamine trafficking activities of Charlie STILTNER revealed that Charlie STILTNER resides within the Western District of Virginia and travels to Sullivan County, Tennessee (located within the Eastern District of Tennessee) to distribute methamphetamine. Since September 2021, a reliable confidential source (hereafter referred to as "CS") has performed multiple (four or more) controlled purchases (monitored, recorded, and surveilled by law enforcement) of ounce to multi-ounce quantities of methamphetamine from Charlie STILTNER within Sullivan County, Tennessee. Each of the controlled purchases involved multiple cellular telephone calls and/or texts between the CS and Charlie STILTNER coordinating said controlled purchases. During the most recent controlled purchase (occurring during the last week of October 2021), law enforcement surveilled Charlie STILTNER departing his known primary residence in Bristol, Virginia (identified as 618 Suffolk Avenue, Bristol, Virginia) and followed

him until his subsequent arrival at the meeting/sale location with the CS in Sullivan County, Tennessee. Upon completion of the controlled purchase, law enforcement followed Charlie STILTNER from the meeting/sale location directly back into the Western District of Virginia.

6. During the majority (75% or more) of the aforementioned controlled purchases, law enforcement observed Charlie STILTNER driving a red, 2008 Honda coupe with Tennessee license plate DBM-745 (registered to a third party) to and from the transactions. Law enforcement has often observed this red, 2008 Honda coupe parked at Charlie STILTNER's known primary residence (618 Suffolk Avenue, Bristol, Virginia).

7. The CS has advised law enforcement that Charlie STILTNER's methamphetamine source of supply is a black male who goes by the nickname "Hot Boy" [aka "Hot Boi" who has been identified by law enforcement as "CARLISS EADY"] and travels south of the Bristol, Virginia/Tennessee region in order obtain the methamphetamine he transports back into the Bristol, Virginia/Tennessee area and with which he subsequently supplies Charlie STILTNER.

8. A review of CARLISS EADY's cell phone records (records of a cellular telephone utilized by CARLISS EADY but not necessarily subscribed to by CARLISS EADY; the cell phone/cell phone number is hereafter referred to as "EADY's Cell Phone") and Charlie STILTNER's cell phone records revealed at least ninety-five cell phone to cell phone contacts (texts/calls) between the two phones from August 2021 through November 2021 including two (2) contacts on the day of the last controlled purchase of methamphetamine from Charlie STILTNER (reference ¶5 above), five (5) contacts on the day of a different controlled purchase of methamphetamine from Charlie STILTNER, and one (1) contact on the day of yet another controlled purchase of methamphetamine from Charlie STILTNER.

9. On November 15, 2021, approximately two (2) ounces of methamphetamine were seized by law enforcement from an individual (hereafter referred to as "Trafficker A") in Bristol, Virginia. Trafficker A subsequently provided the following information:

- Trafficker A has obtained/distributed more than thirty (30) pounds of methamphetamine during the preceding six (6) months.

- Trafficker A's methamphetamine source of supply is a black male named CARLISS EADY who goes by the nickname "Hot Boy".

- CARLISS EADY makes weekly (sometimes bi-weekly) drug runs to the Chattanooga, Tennessee area where he obtains methamphetamine, cocaine, crack cocaine, marijuana, a small amount of heroin, and blue fentanyl pills he then brings back for distribution in the Bristol, Virginia/Tennessee area.

- CARLISS EADY sells approximately eight (8) to ten (10) ounces of crack cocaine each week, eight (8) to ten (10) ounces of cocaine each week, ten (10) kilograms of methamphetamine every two (2) weeks, small quantities of heroin (charging $350 for every (3.5) grams), and a quantity of blue fentanyl pills.

- CARLISS EADY lives in a hotel room in Bristol, Virginia [Trafficker A described the hotel and room and law enforcement was subsequently able to identify the location as the Budget Inn Express, Room 247, 101 Gate City Highway, Bristol; located within the Western District of Virginia]. Trafficker A has been in the hotel room [Room 247 of the Budget Inn Express] with CARLISS EADY and observed approximately seven (7) kilos of methamphetamine under the bed in the room after CARLISS EADY returned from a drug run with ten (10) kilos of methamphetamine (by the time Trafficker A observed the methamphetamine, CARLISS EADY had already distributed three (3) of the kilograms of methamphetamine).

- Trafficker A has observed CARLISS EADY with as much as $40,000 United States Currency.

- CARLISS EADY is on probation out of the Chattanooga, Tennessee area.

- CARLISS EADY uses "Chris Rock's" apartment located at Harbor Landing Apartments in Bristol, Virginia [identified by law enforcement as the residence of Christopher Dan Shade at 195 Harbor Landing, Apt. 101, Bristol, Virginia; located within the Western District of Virginia] as a drug distribution location. Trafficker A has purchased methamphetamine from CARLISS EADY at this apartment about five (5) times during the preceding three to four weeks in two (2) ounce to one (1) pound quantities. Most recently, Trafficker A obtained two (2) ounces of methamphetamine from CARLISS EADY on November 12, 2021 at the Harbor Landing Apartment and obtained a pound of methamphetamine from CARLISS EADY at the Harbor Landing Apartment on November 14, 2021. [In addition to the two (2) ounces of methamphetamine seized from Trafficker A on November 15, 2021, approximately eight (8) additional ounces of methamphetamine were seized by law enforcement from Trafficker A's residence on this same date after Trafficker A gave consent to search his residence. According to Trafficker A, the methamphetamine seized from his person and his residence by law enforcement on November 15, 2021, was what remained of the one (1) pound of methamphetamine he obtained from CARLISS EADY on November 14, 2021.]

- Trafficker A owes CARLISS EADY several thousand dollars in drug debt.

- Trafficker A has a few of CARLISS EADY's cell phone numbers programmed in Trafficker A's cell phone. The newest cell number for CARLISS EADY is listed under "Hot B" in the "Contacts" listing in Trafficker A's cell phone.

- CARLISS EADY uses his cell phone to coordinate his drug sales via telephone calls and some text messaging.

- CARLISS EADY often has other individuals drive him around [law enforcement is aware that CARLISS EADY's Tennessee driver license is suspended].

10. Trafficker A subsequently showed this affiant recent texts she received from and sent to CARLISS EADY. The texts were from/to EADY's Cell Phone and listed under

"Hot B" in Trafficker A's cellular phone contact list (reference ¶9 Bullet 10 above). The messages were as follows (all spelling/misspelling/markings within quotes are as the texts appeared on Trafficker A's cellular telephone):

- October 10, 2021 - From EADY's Cell Phone: "Call me ASAP Hot Boi"

- October 13, 2021 - From EADY's Cell Phone: "This is Hot Boi call me on this number"

- November 12, 2021 - From EADY's Cell Phone: "Harbor Landing" [Trafficker A explained to this affiant that this message was CARLISS EADY's way of telling Trafficker A to go to the Harbor Landing Apartment to obtain methamphetamine from CARLISS EADY – reference ¶9 Bullet 8 above.]

- November 13, 2021 - From EADY's Cell Phone: "Call me ASAP"

- November 15, 2021 - From EADY's Cell Phone: "Call me ASAP" [This is the date law enforcement seized approximately two (2) ounces of methamphetamine from Trafficker A and approximately eight (8) ounces of methamphetamine from Trafficker A's residence.]

- November 16, 2021 - From EADY's Cell Phone: "A u need to get at me"

- November 17, 2021 - To EADY's Cell Phone: "A brother im gonna be be back around 7 <u>tonight</u> soon as I get back im coming to you.  Listen to me brother I swear I didn't fuck off nothing so ill see ya <u>tonight</u>.  I know ur passed off but I got you and I got ur money to.  Remember I told you yesterday I just had to work it out well I did.  Trust me p"

- November 17, 2021 - To EADY's Cell Phone: "you know ill be there you know I'm no liar and you know I'm always good"

  [Trafficker A explained to this affiant that the above two text messages sent on November 17, 2021 to EADY's Cell Phone were sent to reassure CARLISS EADY that Trafficker A was going to be good for the drug debt Trafficker A owes CARLISS EADY.]

- November 17, 2021 – From EADY's Cell Phone: "Will see"

11. During the last forty-five (45) days, law enforcement observed CARLISS EADY operating the red, 2008, Honda coupe (referenced in Paragraph 6 above) in the Harbor Landings Apartments parking lot.  During this same forty-five (45) day time period, a license plate reader in the Chattanooga, Tennessee area detected the license plate that is affixed to the red, 2008, Honda coupe.  On November 22, 2021, the Bristol Virginia Police Department received a complaint from a concerned citizen regarding continuous drug activity at Chris Shade's apartment (195 Harbor Landing, Apartment 101, Bristol, Virginia).  The concerned citizen claimed to have counted

approximately thirty (30) people coming and going from the apartment in an hour span during the night of November 21, 2021.

12. On November 24, 2021, Trafficker A advised this affiant that CARLISS EADY is still making trips to the Chattanooga, Tennessee region and bringing back methamphetamine and other controlled substances to the Bristol, Virginia/Tennessee area for resale. Trafficker A stated that the next trip was planned for November 24-26, 2021. This was the last contact law enforcement had with Trafficker A (Trafficker A has not responded to law enforcement's request for an update/contact).

13. Law enforcement has been performing video surveillance of Room 247 of the Budget Inn Express since November 18, 2021. This is the hotel room identified by Trafficker A as being CARLISS EADY's residence (reference ¶9 Bullet 5 above). A black male consistent with CARLISS EADY's appearance (height, weight, hair) has been observed on numerous occasions and noted as the primary occupant/resident of Room 247 of the Budget Inn Express (facial recognition was not possible until recently due to the distance between a particular video surveillance camera and the hotel room door) and has been observed traveling as a passenger in a number of vehicles with different drivers (reference ¶9 Bullet 11 above). A considerable number of visitors have been seen going to and from Room 247 of the Budget Inn Express and some have been seen entering Room 247 of the Budget Inn Express empty handed and then departing with a package. This activity occurs when the individual appearing to be CARLISS EADY is present in Room 247 of the Budget Inn Express. On December 2, 2021, law enforcement observed Trafficker A's motor vehicle parked outside of Room 247 of the Budget Inn Express and observed Trafficker A departing Room 247 of the Budget Inn Express itself. Trafficker A has not provided notice to law enforcement regarding any continued contacts with CARLISS EADY (reference ¶12 above).

14. During the first week of December 2021, Charlie STILTNER contacted the CS and advised that he has a supply of methamphetamine available for sale.

15. On December 3, 2021, this affiant received subpoenaed phone records for Trafficker A's cellular telephone. The records (covering a time period ending on December 2, 2021) revealed that between November 17, 2021 and December 2, 2021, there were approximately 175 contacts (texts/calls) between Trafficker A's cellular telephone and EADY's Cell Phone including approximately fifteen (15) such contacts on December 2, 2021.

16. On December 10, 2021, law enforcement was able to positively identify CARLISS EADY (via the use of physical and electronic surveillance including the use of multiple surveillance cameras) as the black male utilizing/occupying/residing at Room 247 of the Budget Inn Express at 101 Gate City Highway, Bristol, Virginia.

17. A review of Trafficker A's criminal history revealed her prior conviction for manufacturing methamphetamine.

18. A review of CARLISS EADY's criminal history revealed his prior felony convictions for possession with intent to distribute (PWID) or distribution of cocaine,

morphine, and marijuana.  CARLISS EADY is currently on state probation out of
Chattanooga, Tennessee in relation to his aforementioned felony convictions for
PWID/distribution of morphine and marijuana.  CARLISS EADY is also on federal
probation in Chattanooga, Tennessee in relation to his conviction for being a felon in
possession of a firearm (the original federal charges included PWID and/or
distribution of cocaine and another charge, but those two offenses were dismissed
upon CARLISS EADY pleading guilty to being a felon in possession of a firearm
and subsequently receiving a ten (10) year prison sentence).  This affiant has spoken
with CARLISS EADY's federal probation officer who advised that CARLISS
EADY is in violation of his conditions of supervision by residing in Virginia.  The
probation officer also noted that he was aware that CARLISS EADY often travels
between northeast Tennessee (the location of Bristol, Tennessee) and Chattanooga,
Tennessee.

19. Based upon the above, this affiant and other experienced law enforcement officers
    involved with this investigation believe that CARLISS EADY is continuing to
    supply Bristol, Virginia/Tennessee with methamphetamine that he transports into the
    area from the Chattanooga, Tennessee region.  Furthermore, it is also believed that
    Trafficker A is continuing to engage in a conspiracy to distribute methamphetamine
    with CARLISS EADY.

20. This affiant is aware based on his training, experience, and conversations with other
    law enforcement officers that individuals who distribute and/or conspire to distribute
    methamphetamine typically maintain methamphetamine, methamphetamine
    distribution paraphernalia (small, plastic, Ziploc-type baggies, digital scales, etc.),
    notes, records, messages,  and telephone numbers (pertaining to methamphetamine
    trafficking related contacts/co-conspirators/customers), and other items as listed and
    explained on Attachment B (of the Application and Affidavit for Search Warrant to
    which this affidavit is attached) on their persons, inside their residences (and
    related garages, outbuildings/barns, campers), inside their vehicles, and inside of
    vehicles registered to other persons when those vehicles are parked at the
    trafficker's/conspirator's residence.

21. This affiant is aware based on his training, experience, and conversations with other
    law enforcement officers that persons who distribute and/or conspire to distribute
    methamphetamine routinely have individuals who are customers and/or co-
    conspirators present at their residences and related, garages, outbuildings/barns, and
    campers.  These customers/co-conspirators are typically drug users and drug
    traffickers themselves as they generally sell some (if not all) of the
    methamphetamine they purchase in order to make a profit, pay for their own drug
    habits, or both.  These customers/co-conspirators often illegally possess
    methamphetamine and drug use paraphernalia along with notes, records, messages,
    and telephone numbers (pertaining to the acquisition/distribution of
    methamphetamine), and other items as listed and explained on Attachment B (of the
    Application and Affidavit for Search Warrant to which this affidavit is attached) on
    their persons and in their vehicles (or the vehicles they operate) which are oftentimes
    parked at the methamphetamine source's/co-conspirator's residence.

22. It is the intention of law enforcement to execute the search warrant upon Room 247
    of the Budget Inn Express when CARLISS EADY is present in the room or in the

process of being searched nearby pursuant to the execution of a separate, active federal search warrant for his person. As law enforcement has been unable to detect a predictable travel pattern for CARLISS EADY (he travels about at all hours of the day and night both within and outside of the Western District of Virginia), it is unknown as to what hour of the day or night law enforcement will encounter CARLISS EADY within the Western District of Virginia for the purpose of executing the federal search warrants upon his person and upon his hotel room (Room 247 of the Budget Inn Express).

23. Based upon the facts set forth above, I believe that there is probable cause for the issuance of a search warrant for the premises identified as the Budget Inn Express, Room 247, 101 Gate City Highway, Bristol, Virginia, as there is probable cause to believe that there is evidence of a violation of 21 USC 846/841(a)(1) and/or 841(a)(1) on said premises. Furthermore, I submit that Paragraph 22 above presents good/reasonable cause as to why the requested search warrant should be authorized for execution during any time of day or night.


_____          12-10-2021
Brian Snedeker, Special Agent (DEA)          Date


Subscribed and sworn to before me, this the ~~telephonically~~ 10th day of December in Abingdon, 2021 Virginia.

_____
Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia


Reviewed by:


s/Roy F. Evans                              12-10-2021
Special Assistant United States Attorney          Date